

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

Hon. Vernon S. Broderick
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.**   12/16/2025

**Re:**   *United States v. Lopez Marte, et al., (Jerry Paulino)*
*Case No.: 25 Cr. 574 (VSB)*

Dear Judge Broderick,

I was assigned, pursuant to the Criminal Justice Act, to represent Jerry Paulino in the above referenced matter. This case was calendared for an arraignment on the Indictment tomorrow, December 16. Due to a previously scheduled court matter, I will be unable to appear on this case. I respectfully request permission for co-defendant counsel Lauren DiChiara to stand in at the court appearance on December 16.

I have reviewed the Indictment with my client. I have also made my client aware of this situation, and he has no objection to this request.

I thank the Court for its consideration.

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo, Esq.
Fasulo Giordano & DiMaggio, LLP.
225 Broadway, Suite 715
New York, New York 10007
Tel: (212) 566 6213

Cc:   AUSA (via ECF)
     Lauren DiChiara, Esq. (Via email and ECF)

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566 – 6213

Page 1 of 1