

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

March 16, 2026

Hon. Vernon S. Broderick
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

      *Re:    United States v. Lopez Marte, et. al. (Jerry Paulino)*
            *Case No.: 25 Cr. 574*

Dear Judge Broderick,

      I was assigned, pursuant to the Criminal Justice Act, to represent Jerry Paulino in the above referenced matter. For the reasons stated herein, I respectfully request a modification of Mr. Paulino's bail conditions so that he may be supervised with a curfew, to be set at the discretion of Pre-Trial Services.

      Subsequent to his arrest, Mr. Paulino was released on a $300,000 personal recognizance bond secured by three financially responsible people. His current bond conditions restrict him to home confinement with location monitoring. To date, he has been out on bail for more than three months and, per Pre-Trial, Mr. Paulino has been fully compliant.

      Mr. Paulino seeks less restrictive supervision so that he may visit family, attend religious services, seek additional employment, visit his local gym, etc. As a result, we respectfully request amending his bail conditions to remove home confinement for a curfew. Further, per the request of his Pre-Trial Officer, we ask that the curfew hours be at the discretion of Pre-Trial Services. Should this request be denied, we ask that Mr. Paulino at least be permitted to use the gym located in his building so that he may address his health issues.

      The Government defers to Pre-Trial Services. Pre-Trial Services has no objection to this request.

---

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566 – 6213
Fax (212) 566 – 8165

I thank the Court for its consideration.

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo, Esq.
Fasulo Giordano & DiMaggio, LLP.
225 Broadway, Suite 715
New York, New York 10007
Tel: (212) 566 6213

Cc:   AUSA

Defendant Paulino's bail conditions are HEREBY modified from home confinement to a curfew.  Defendant Paulino's curfew hours are to be set by his Pre-Trial Officer.

APPLICATION GRANTED
SO ORDERED _____
VERNON S. BRODERICK
U.S.D.J.            3/16/2026