

FASULO GIORDANO & DI MAGGIO, LLP.

ATTORNEYS AT LAW

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

APPLICATION GRANTED
SO ORDERED *[signature]*
VERNON S. BRODERICK
U.S.D.J.    06/05/2026

Hon. Vernon S. Broderick
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    **United States v. Lopez Marte, et. al. (Jerry Paulino)**
       **Case No.: 25 Cr. 574 (VSB)**

Dear Judge Broderick,

    I was previously assigned to represent Jerry Paulino in the above referenced matter, which is scheduled for a conference on Monday, June 8 at 2pm. Due to a previously scheduled matter, I will be out of the state and unable to appear in this case. I respectfully request permission to have Sabrina Schoff, co-defendant's counsel, appear on my behalf to represent Mr. Paulino during the conference.

    I have notified my client of this information, and he has no objection to this request.

    I thank the Court for its consideration.

        Respectfully submitted,

        *Louis V. Fasulo*
        Louis V. Fasulo, Esq.
        Fasulo Giordano & DiMaggio, LLP.
        225 Broadway, Suite 715
        New York, New York 10007
        Tel: (212) 566 6213

Cc:    All Counsel (via ECF)