FASULO GIORDANO & DI MAGGIO, LLP
ATTORNEYS AT LAW

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

September 8, 2026

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J. 9/8/2026

***Re:*** ***United States v. Lopez Marte et al. (Jerry Paulino)***
***Case No.: 25 Cr. 574 (VSB)***

Dear Judge Broderick,

I was assigned, pursuant to the Criminal Justice Act, to represent Jerry Paulino in the above referenced matter. This case is scheduled for a conference tomorrow, September 9. I will be unavailable to appear tomorrow due to a previously unavoidable scheduling conflict. I respectfully request permission to have Patrick Joyce, a CJA panel member, to stand-in for me during the conference.

I have notified my client of the same, and he has no objection.

I thank the Court for its consideration.

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo, Esq.
Fasulo Giordano & DiMaggio, LLP.
225 Broadway, Suite 715
New York, New York 10007
Tel: (212) 566 6213

Cc: All parties (via ECF)